

**EOD**
10/17/2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Benjamin Brant Brumlow
2613 Mollimar Dr.
Plano, TX 75075
SSN: XXX-XX-4500
Debtor

Case No. 18-42218 btr
Chapter: 13

## ORDER DISMISSING CASE

On October 1, 2018, Benjamin Brant Brumlow, the Debtor in the above-referenced case, filed a voluntary petition for bankruptcy relief under Title 11 of the United States Code. Among the critical duties imposed upon a debtor in bankruptcy is the duty to file certain documents with the petition or within 14 days of its filing as enumerated in Federal Rule of Bankruptcy Procedure 1007(c) and 11 U.S.C §521.

In this case, the Debtor did not file all of the required documents with the petition. Accordingly, the Court issued a Notice Of Missing Documents And Notice That Case May Be Dismissed If Documents Are Not Filed, which instructed that the case would be dismissed if the Debtor failed to timely file all of the required documents.

The Court's sua sponte review of the file in this case reveals that the Debtor failed to file the required documents by the deadline imposed by Federal Rule of Bankruptcy Procedure 1007(c) and 11 U.S.C §521. The failure of the Debtor to adhere to the requirements of the Bankruptcy Code and the Federal and Local Rules of Bankruptcy Procedure prevents the prompt administration of this case and constitutes an unreasonable delay by the Debtor that is prejudicial to creditors. Accordingly,

**IT IS THEREFORE ORDERED** that the above-referenced case is **DISMISSED.**

Signed on 10/17/2018

*Brenda T. Rhoades*  SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE